359 A.2d 912

COMMONWEALTH

v.

HILL, Appellant.

Submitted November 17, 1975. John R. Smith, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.